UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KYLE LOUIS DUBOIS** | **CASE NO. 6:20-CV-01373** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **RICKY FONTENOT, ET AL.** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

Before the Court is a Report and Recommendation [ECF No. 44], wherein the Magistrate Judge recommends that this matter be dismissed with prejudice due to Plaintiff's failure to participate in this proceeding as ordered and for his failure to prosecute. After an independent review of the record, and noting the absence of any objections, the Court concludes the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the report and recommendation, Plaintiff's claims are DISMISSED WITH PREJUDICE.

THUS DONE in Chambers on this 24th day of August, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE